Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-CR-2041-SMJ |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 2119, 2<br>Carjacking<br>(Count 1) |
| SUNDRON LARSELL MILLER,<br>PAULA EULOJIA CANTU-LOPEZ, | |
| Defendants. | 18 U.S.C. § 924(c)(1)(A)(i), (ii)<br>Brandishing a Firearm During<br>and in Relation to a Crime of<br>Violence<br>(Counts 2, 3) |
| | 18 U.S.C. §§ 922(g)(1),<br>924(a)(2)<br>Felon in Possession of a<br>Firearm and Ammunition<br>(Count 4) |
| | 18 U.S.C. § 924, 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about December 28, 2021, in the Eastern District of Washington, the Defendants, SUNDRON LARSELL MILLER and PAULA EULOJIA CANTU-LOPEZ, took a motor vehicle, to wit: a 1997 GMC Sierra, that had been transported, shipped, and received in interstate and foreign commerce from A.S. by force, violence, and intimidation, resulting in serious bodily injury that caused extreme physical pain and protracted and obvious disfigurement and protracted loss and impairment of the function of a bodily member, organ, or mental faculty to A.S., with the intent to cause death and serious bodily harm, all in violation of 18 U.S.C. §§ 2119, 2.

## COUNT 2

On or about December 28, 2021, in the Eastern District of Washington, the Defendant, SUNDRON LARSELL MILLER, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## COUNT 3

On or about December 28, 2021, in the Eastern District of Washington, the Defendant, PAULA EULOJIA CANTU-LOPEZ, during and in relation to a crime of violence, for which she may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## COUNT 4

On or about December 28, 2021, in the Eastern District of Washington, the Defendant, SUNDRON LARSELL MILLER, knowing of his status as a person

INDICTMENT – 2

previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Savage Axis .308 rifle, bearing serial number J505953, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 2119, and/or 18 U.S.C. § 924(c)(1)(A)(i),(ii), and/or 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendants, SUNDRON LARSELL MILLER (Counts 1, 2 and 4) and PAULA EULOJIA CANTU-LOPEZ (Counts 1 and 3), shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 19th day of April 2022.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael D. Murphy*
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 3