UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUNDRON LARSELL MILLER and PAULA EULOJIA CANTU-LOPEZ,<br><br>Defendants. | Nos. 1:21-CR-02041-SAB-1<br>1:21-CR-02041-SAB-2<br><br>**VERDICT FORM** |

### Count 1

WE, THE JURY find the Defendant, SUNDRON LARSELL MILLER,

__Guilty__ of the offense of Carjacking, in violation of federal
(Guilty / Not Guilty)

law.

WE, THE JURY find the Defendant, PAULA EULOJIA CANTU-LOPEZ,

__Guilty__ of the offense of Carjacking, in violation of federal
(Guilty / Not Guilty)

law.

## Count 2

WE, THE JURY find the Defendant, SUNDRON LARSELL MILLER,

____*Guilty*____ of the offense of Brandishing a Firearm During and in
(Guilty / Not Guilty)

Relation to a Crime of Violence, Carjacking, in violation of federal law.

## Count 3

WE, THE JURY find the Defendant, PAULA EULOJIA CANTU-LOPEZ,

____*Guilty*____ of the offense of Brandishing a Firearm During and in
(Guilty / Not Guilty)

Relation to a Crime of Violence, Carjacking, in violation of federal law.

## Count 4

WE, THE JURY find the Defendant, SUNDRON LARSELL MILLER,

____*Guilty*____ of the offense of Felon in Possession of a Firearm,
(Guilty / Not Guilty)

in violation of federal law.

## Count 5

WE, THE JURY find the Defendant, SUNDRON LARSELL MILLER,

____*Guilty*____ of the offense of Assault with Intent to Commit
(Guilty / Not Guilty)

Murder, in violation of federal law.

IF ANY OR ALL OF YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT THAT DEFENDANT SUNDRON LARSELL MILLER IS GUILTY OF ASSAULT WITH INTENT TO COMMIT MURDER, PLEASE CONSIDER THE FOLLOWING:

WE, THE JURY find the Defendant, SUNDRON LARSELL MILLER, _____ of the lesser included offense of
(Guilty / Not Guilty)

Assault with a Dangerous Weapon, in violation of federal law.

### Count 6

WE, THE JURY find the Defendant, PAULA EULOJIA CANTU-LOPEZ, __*Guilty*__ of the offense of Assault Resulting in Serious Bodily
(Guilty / Not Guilty)

Injury, in violation of federal law.

**DATED** this 10th day of August 2023.

[signature redacted]