# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>-vs-<br><br>SUNDRON LARSELL MILLER,<br><br>          Defendant. | Case Nos. 1:17-CR-2020-SAB-1<br>      1:22-CR-2041-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: MARCH 26, 2024<br><br>LOCATION: YAKIMA, WA<br><br>REVOCATION OF SUPERVISED RELEASE HEARING AND SENTENCING HEARING |

| **CHIEF JUDGE STANLEY A. BASTIAN** ||||
|---|---|---|---|
| Michelle Fox | 01 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Thomas Hanlon ||| Kenneth Therrien |
| **Government Counsel** ||| **Defense Counsel** |
| **United States Probation Officer:** Sean Carter/Kyle Mowatt ||||

[X] **Open Court**    [ ] **Chambers**    [ ] **Telecon/Video**

Defendant present and in custody of U.S. Marshal.

Court outlines the case. Defendant was found guilty by jury. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. Court has reviewed the presentence report. 32, III. Counts 1 and 5: 151-188 months. Count 2: 7 years. Consecutive. Count 4: 120 months. $400 SPA

No objections to the presentence report.

K. Therrien addresses the Court regarding a mitigation specialist however defendant does not want to wait for one. K. Therrien asks the Court to speak to defendant to make sure he is ready to proceed.
  Court addresses counsel on length of time necessary.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED: 11:00 A.M.** | **ADJOURNED: 11:48 A.M.** | **TIME: 48 MIN.** | **CALENDARED [ X ]** |
|---|---|---|---|

*USA -vs- S. Miller*  March 26, 2024
1:17-CR-2020-SAB-1/1:22-CR-2041-SAB-1  Page 2
SRV Hearing/Sentencing Hearing

    K. Therrien indicates approximately 3 months.
    Court asks what would be brought out.
    K. Therrien responds.
    Court speaks to the defendant.
    Defendant speaks to the Court. He is unsure.
    Court will proceed with the hearing today. No clear motion for a mitigation specialist. Defendant previously did not want to wait longer.

Court accepts and adopts the presentence report.

M. Murphy presents argument and outlines recommendations. SRV Case – 2 Petitions. 2 years for 17-cr-2020-SAB.

Court asks if defendant challenges the violations. K. Therrien indicates no. Court finds the violations 4, 5, 6 have been committed based on the jury verdict.

M. Murphy presents argument and outlines recommendations. Upward departure argued. Requesting restitution be held open for 60 days.

Court questions counsel. M. Murphy responds.

K. Therrien presents argument and outlines recommendations. 19 years and 7 months.

Court asks if defendant agrees to all conditions and does he waive the reading of the conditions.
    K. Therrien indicates defendant waives reading the conditions.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant. Court outlines the 3553 factors.

    Supervised Release case (17-CR-2020-SAB) 2 years with no further supervised release to follow. Concurrent sentence.

    Imprisonment: (22-CR-2041-SAB-1) Count 1 and 5: 216 months concurrent to each other. Count 4: 120 months concurrent. Count 2: 84 months consecutive.
    Total sentence of 300 months with credit for time served.

Supervised Release: 5 years. With all the standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

*USA -vs- S. Miller*  
1:17-CR-2020-SAB-1/1:22-CR-2041-SAB-1  
SRV Hearing/Sentencing Hearing

March 26, 2024  
Page 3

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

SPA:  $100 for each count = $400.

Fine:  Waived.

Restitution will remain open for 60 days.

K. Therrien asks to recommend Sheridan.  Court will recommend Sheridan.

Court will also recommend RDAP program.

Right to Appeal administered.